UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL O'DONNELL and MICHALE O'DONNELL,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DAIFUKU AMERICA CORPORATION,<br><br>　　　　Defendant. | Case No. CIV-S-13-01747 WBS EFB<br><br><br>**ORDER OF REASSIGNMENT** |

　　　Each of the parties in the above-captioned case has filed a "Consent to Proceed Before a United States Magistrate Judge." See U.S.C. § 636(c). According to E.D. Cal. R. 305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

　　　The undersigned has reviewed the file herein and recommends that the above-captioned case be assigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

///

1

   IT IS HEREBY ORDERED that the Clerk of the Court reassign this case to the Honorable Edmund F. Brennan. The parties shall take note that all documents hereafter filed with the Clerk of the Court shall bear case number CIV-S-13-1747 EFB. All currently scheduled dates presently set before Judge Shubb are hereby **VACATED.**

DATED: December 9, 2013.

/s/John A. Mendez for
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

   Having also reviewed the file, I accept reference of this case for all further proceedings and entry of final judgment.

DATED: December 10, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE