1  STUART M. GORDON (SBN 37477)
   JAMES R. REILLY (SBN 127804)
2  GORDON & REES LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA 94111
   Telephone: (415) 986-5900
4  Facsimile: (415) 986-8054

5  Attorneys for Plaintiffs
   MICHAEL O'DONNELL AND
6  MICHALE O'DONNELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL O'DONNELL and MICHALE O'DONNELL,<br><br>Plaintiffs,<br><br>vs.<br><br>DAIFUKU AMERICA CORPORATION, and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. 2:13-CV-01747-EFB<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER DATED JANUARY 28, 2014** |

The parties, by and through their respective counsel, stipulate as follows:

The parties have been engaged in active settlement negotiations leading up and since a formal mediation with John Bates of JAMS in San Francisco. As part of this process, they agreed to put discovery on hold while they negotiated. Because this process has not yet run its course and because the previously entered Scheduling Order set dates that are fast approaching, the parties have agreed, with anticipated leave of Court, to modify this scheduling order as set forth below, a modification that will not impact the dates previously set for the final pretrial conference or the trial date.

1. All discovery, except for expert disclosure, shall be completed by January 26, 2015. Motions to compel discovery must be heard no later than December 22, 2014.

-1-

**STIPULATION AND [PROPOSED] ORDER**

2. The parties shall make their initial expert disclosures on or before November 10, 2014, and rebuttal disclosures by December 1, 2014.

3. All pretrial motions, except motions to compel discovery, shall be completed as described in the Court's original Scheduling Order entered on January 28, 2014 on or before March 30, 2015.

4. The final pretrial conference is set before the undersigned on April 29, 2015 at 10:00 a.m., in Courtroom No. 8.  Pretrial statements shall be filed in accordance with Local Rules 281 and 282, and the requirements set forth herein.

5. A jury trial is set to commence before the undersigned on June 30, 2015, at 9:00 a.m., in Courtroom No. 8.

Dated:  June ____, 2014

GORDON & REES LLP

By: _____signature on original_____
STUART M. GORDON
JAMES R. REILLY
Attorneys for Plaintiffs
MICHAEL O'DONNELL and
MICHALE O'DONNELL

Dated:  June ____, 2014

BOWMAN AND BROOKE LLP

By: _____signature on original_____
RYAN MCCARTHY
Attorney for Defendant
DAIFUKU AMERICA CORPORATION

**IT IS SO ORDERED**

Dated:  June 18, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE