Ryan A. McCarthy #233093
Ryan.mccarthy@bowmanandbrooke.com
BOWMAN AND BROOKE LLP
1741 Technology Drive, Suite 200
San Jose, California  95110-1355
Telephone: (408) 279-5393
Facsimile:   (408) 279-5845

Attorneys for Defendant
Daifuku America Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL O'DONNELL and MICHALE O'DONNELL, | Case No. CIV-S-13-1747 EFB |
| Plaintiffs, | Assigned to:  Hon. Edmund F. Brennan |
| vs. | STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER DATED JUNE 18, 2014 |
| DAIFUKU AMERICA CORPORATION, and DOES 1 through 25, Inclusive, | |
| Defendants. | |

The parties, by and through their respective counsel, stipulate as follows:

The parties have been engaged in active settlement negotiations leading up to and since a formal mediation with John Bates of JAMS in San Francisco in April 2014.  While the parties continued negotiations, discovery has continued to progress though there remains a substantial amount of discovery that remains to be completed, particularly since (though not because) new counsel has substituted into the case for Plaintiff.  Current counsel for the parties have agreed to a second mediation with William B. Smith, Esq. and are working to confirm a date in November.  Concurrently, the parties continue to press forward with discovery, including plaintiff's recently served document demands and corporate and employee deposition notices to Daifuku America Corporation.  Likewise, Daifuku America has noticed plaintiffs' depositions with a date to be set by mutual agreement.

10870225v1                                       1

STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER DATED JUNE 18, 2014

Because the parties wish to make an additional attempt to resolve the case, and allow sufficient time for remaining discovery, the parties request modest adjustments to the scheduling order, as indicated below. This includes a short continuance of the trial date to accommodate counsel for Daifuku America's calendar. The parties agree good cause supports this request and jointly request the Court approve the proposed order.

1. All discovery, except for expert disclosures, shall be completed by March 31, 2015. Motions to compel discovery must be heard no later than February 25, 2015.

2. The parties shall make their initial expert disclosure on or before January 16, 2015 and rebuttal disclosures by February 6, 2015.

3. All pretrial motions, except motions to compel discovery, shall be completed on or before May 20, 2015.

4. The final pretrial conference currently set on April 29, 2015 at 10:00 a.m. in Courtroom No. 8, is continued to August 19, 2015. Pretrial statements shall be filed in accordance with Local Rules 281 and 282 and the requirements herein.

5. The jury trial currently set to commence on June 30, 2015, at 9:00 a.m., in Courtroom No. 8 is continued to October 19, 2015.

Dated:                                                  THE ARNS LAW FIRM

                signature on original
            _____
                  Robert S. Arns
                Jonathan E. Davis
              Attorneys for Plaintiffs
    Michael O'Donnell and Michale O'Donnell

/////
/////
/////
/////
/////
/////
/////

10870225v1                                   2

STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER DATED JUNE 18, 2014

Dated:                                                                    BOWMAN AND BROOKE LLP

signature on original

_____
Ryan A. McCarthy
Attorneys for Defendant
Daifuku America Corporation

As modified above, IT IS SO ORDERED.

Dated: October 23, 2014.

_____
Hon. Edmund F. Brennan
United States Magistrate Judge