1  Robert S. Arns, State Bar No. 65071
   rsa@arnslaw.com
2  Jonathan E. Davis, State Bar No. 191346
   jed@arnslaw.com
3  **THE ARNS LAW FIRM**
4  A Professional Corporation
   515 Folsom Street, 3rd Floor
5  San Francisco, California  94105
6  Phone: (415) 495-7800
   Fax: (415) 495-7888
7
8  Attorneys for Plaintiffs

9
                   UNITED STATES DISTRICT COURT
10        EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

11
   MICHAEL O'DONNELL AND MICHALE        )
12 O'DONNELL;                            ) No. 2:13-cv-01747-EFB
           Plaintiffs,                   )
13                                       ) **STIPULATION AND [~~PROPOSED~~]**
   vs.                                   ) **ORDER FOR DISMISSAL**
14                                       )
15 DAIFUKU AMERICA CORPORATION  and      )
   DOES 1 to 25, inclusive               )
16                                       ) **Complaint Filed**: February 13, 2013
           Defendants.                   ) **Trial Date**:  June 30, 2015
17                                       )
18 _____)

19

20 / / /

21 / / /

22 / / /

23

---

-1-
STIPULATION FOR [~~PROPOSED~~] ORDER FOR DISMISSAL

IT IS HEREBY STIPULATIED, by and between the parties to this action through their designated counsel that the above-captioned action be hereby dismissed with prejudice with each side to bear their own fees and costs.

DATED:                                     THE ARNS LAW FIRM

                                                                           signature on original
                                           By:_____
                                                    JONATHAN E. DAVIS
                                                    Attorneys for Plaintiffs

DATED:                                     BOWMAN AND BROOKE

                                                          signature on original
                                         By:_____
                                            RYAN A. MCCARTHY
                                            Attorneys for Defendant Daifuku

IT IS SO ORDERED.

Dated: March 17, 2015.            *[signature]*
                                       EDMUND F. BRENNAN
                                       UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR [~~PROPOSED~~] ORDER FOR DISMISSAL